American Paper Products Company, defendant in error, v. Martin-Forsburg Teaming Company, plaintiff in error. Gen. No. 26,962.

Action upon a contract to do carting for plaintiff. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 3, 1922.

William Helfand, for plaintiff in error; Sidney E. Levy, of counsel. Edward L. England, for defendant in error; Orville R. Seiter, of counsel.

Mr. Justice McSurely delivered the opinion of the court.